FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

MAY - 1 2007

GRE͟͟͟͟͟͟͟͟͟͟͟͟HAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-215-CB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEBORAH ELLEN HUDDY

    Defendant.

---

ORDER DENYING MOTION TO TERMINATE CURRENT SUPERVISED RELEASE

---

This matter came before the Court on a motion by Defendant to terminate her supervised release. The government opposes the motion of the ground that Defendant is not yet eligible for supervised release. The government points out that 18 U.S.C. §3583(e)(1) only permits the Court to terminate supervised release "after the expiration of one year of supervised release." Section 3583(e)(1) also requires that early termination be warranted by the conduct of the Defendant and in the interest of justice.

The government states that Defendant's supervised release began on November 13, 2006. She is consequently not eligible for early termination since she has not yet served a full year of supervised release. The government also contends that the Defendant has failed to identify extraordinary reasons for early termination and notes that Defendant has not completed payment of

her restitution and that this matter involved her second felony conviction in this Court.

The Court finds that the government's opposition is well taken and that Defendant's motion should be denied for the reasons set forth in the government's response to the motion.

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion to Terminate Current Supervised Release is DENIED.

Dated this 30th day of April, 2007.

*[signature]*
UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION

2