# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-215-CB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEBORAH ELLEN HUDDY

    Defendant.

---

ORDER DENYING NOVEMBER 26, 2007 MOTION
TO TERMINATE CURRENT SUPERVISED RELEASE

---

This matter came before the Court on a motion by Defendant to terminate her supervised release. The government opposes the motion. The government responds that under 18 U.S.C. §3583(e)(1), early termination of supervised release is permitted when "warranted by the conduct of the defendant and in the interest of justice."

The government contends that the Defendant has failed to identify extraordinary reasons for early termination and notes that Defendant has not completed payment of her restitution and that this matter involved her second felony conviction in this Court.

The Court finds that the government's opposition is well taken and that Defendant's motion should be denied for the reasons set forth in the government's response to the motion.

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion to Terminate

Current Supervised Release is DENIED.

Dated this 8th day of January, 2008.

                                                          _____
UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION